UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x

In re:                                                                   Case No. 23-44134-nhl

Francis Bistrian a/k/a Frank Bistrian,                        Chapter 7

                        Debtor.

----------------------------------------------------------------X

Robert J. Musso, Chapter 7 Trustee of the

Estate of Network Group, LLC,                               Adv. No. 24-01090-nhl

                        Plaintiff,

         -against-

Francis Bistrian a/k/a Frank Bistrian,

                        Defendant.

-------------------------------------------------------x                  CERTIFICATE OF SERVICE


The undersigned, an attorney admitted to practice before this Court, under penalty of perjury affirms:

1.  I am over the age of eighteen, I am not a party in this case or proceeding and I reside at ARLINGTON, VIRGINIA.

2.  I hereby certify that on December 31, 2025, the Motion to Hold Defendant in Contempt and to Impose Sanctions in the above captioned adversary proceeding was served on the following persons by first class mail:

    Francis Bistrian aka Frank Bistrian, 457 Taconic Road, Greenwich, Connecticut 06831, and Morrison Tenenbaum PLLC, 87 Walker Street, Second Floor, New York, NY 10013.


                                        /s/Bruce Weiner
                                        Bruce Weiner