**ROSENBERG MUSSO & WEINER, LLP**
**P.O. BOX 130**
**HUNTINGTON STATION, NEW YORK 11746**

February 10, 2026

**VIA ECF**
Hon. Nancy Hershey Lord
United States Bankruptcy Judge
United States Bankruptcy Court
271 Cadman Plaza East
Brooklyn, New York 11201

**Re: Musso v. Bistrian Adv No. 24-01090-nhl, Musso v. Bistrian Adv No. 23-1108,**
**Network Group LLC, Case No. 19-47229**

Dear Judge Lord:

It is now nine days since the settlement conference held on February 2, 2026. At the conference Frank Bistrian said that his wife had entered into a modification of the mortgage on the property owned by her at 457 Taconic Road, Greenwich, Connecticut and he promised to send the trustee/plaintiff copies of the modification papers. Nothing has been received. The trustee/plaintiff's special counsel in Connecticut searched the property records in Greenwich and did not find any evidence of a modification in the property records. Special counsel advises that under Connecticut law an unrecorded modification is binding on the parties that entered into it, but not on a party who obtained a lien on the property before the recording of the modification. That means that any increase in the principal balance in the modification, if it exists, would come behind the judgment liens of the trustee/plaintiff.

Trustee/plaintiff requests that the Court schedule another settlement conference for the earliest possible date to discuss this development.

Very truly yours,

/s/ Bruce Weiner

cc:    Brian Hufnagel, Esq., via email and ECF