**ROSENBERG MUSSO & WEINER, LLP**
**P.O. BOX 130**
**HUNTINGTON STATION, NEW YORK 11746**

February 18, 2026

**VIA ECF**
Hon. Nancy Hershey Lord
United States Bankruptcy Judge
United States Bankruptcy Court
271 Cadman Plaza East
Brooklyn, New York 11201

**Re: Musso v. Bistrian Adv No. 24-01090-nhl, Musso v. Bistrian Adv No. 23-1108,**
**Network Group LLC, Case No. 19-47229**

Dear Judge Lord:

Trustee/plaintiff again requests that the Court schedule a second conference for the earliest possible date based on the facts below.

The Court recently directed the parties to discuss the matter prior to scheduling a second settlement conference. Since then, trustee/plaintiff's counsel has tried several times unsuccessfully to schedule a phone call with Mr. Bistrian's attorneys. Several times, Mr. Bistrian's attorney has agreed to a time for a phone discussion only to fail to make himself available.

Since the initial settlement conference, the trustee/plaintiff has not been provided with any information or documents supporting Mr. Bistrian's allegation that the amount of the mortgage on the property at 457 Taconic Road, Greenwich, Connecticut had been increased. A check of the property records for Greenwich confirms that no modification increasing the amount of the mortgage is on file. The trustee/plaintiff thus has no reason to believe that what Mr. Bistrian said during the settlement conference is accurate. Any modification that was made, but not recorded, and any increase in the principal balance due on the mortgage, if it exists, would be subordinate to the judgment liens of the trustee/plaintiff.

Under the foregoing troubling circumstances, trustee/plaintiff renews his request that the Court a second settlement conference be scheduled.

Very truly yours,

/s/ Bruce Weiner

cc:   Brian Hufnagel, Esq., via email and ECF